1 Lawrence D. Rohlfing
Attorney at Law: 119433
Law Offices of Lawrence D. Rohlfing
2 12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
3 Tel.: (562)868-5886
Fax: (562)868-5491
4 E-mail: rohlfing.office@rohlfinglaw.com

5 Attorneys for Plaintiff
Diana Claire Meier
6

7

8 **UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
9

10

| 11 | DIANA CLAIRE MEIER, | ) Case No.: 5:14-cv-00359-JEM |
|----|---------------------|-------------------------------|
| 12 | | ) |
| | Plaintiff, | ) /~~PROPOSED~~/ ORDER OF |
| 13 | | ) DISMISSAL |
| | vs. | ) |
| 14 | CAROLYN W. COLVIN, Acting | ) |
| | Commissioner of Social Security, | ) |
| 15 | | ) |
| 16 | Defendant. | ) |
| 17 | | ) |

18

19     The above captioned matter is dismissed with prejudice, each party to bear

20 its own fees, costs, and expenses.

        IT IS SO ORDERED.
21 DATE:  August 19, 2014

22                                THE HONORABLE JOHN E MCDERMOTT
                                UNITED STATES MAGISTRATE JUDGE
23

24

25

26

-1-